REC'D
~~FILED~~
FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FEB 0 5 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. EP-00-CA-0136-H |
| AUTOTRONIC CONTROLS CORPORATION, | § § § § | |
| Defendant. | § | |

FILED
FEB 0 7 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## CONSENT DECREE

The parties to this Consent Decree are the Plaintiff, United States Equal Employment Opportunity Commission ("EEOC"), and Defendant, Autotronic Controls Corporation ("Autotronic"). This Consent Decree resolves the above-referenced Civil Action No. EP-00-CA-0136-H. The EEOC initiated this lawsuit under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, *et seq.* ("Title VII") and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. The Complaint was filed to correct unlawful employment practices on the basis of race, and retaliation, and to provide appropriate relief to Ernest H. Crawford, because he was adversely affected by such practices. The EEOC alleges that Ernest H. Crawford, who is African American, was subjected to a hostile work environment, based on his race, and was terminated, because of his race, in violation of Title VII. The EEOC further alleges that Ernest H. Crawford was terminated in retaliation for his protests against the discrimination to which he was being subjected. Defendant Autotronic denies the allegations brought by the EEOC as alleged in the Complaint filed in this Civil Action and further denies any violation of Title VII.

31.

The EEOC and Autotronic wish to settle this action, without the necessity of further litigation, pursuant to the terms delineated in this Decree.

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction of the subject matter of this action and the parties, venue is proper, and all administrative prerequisites to the filing of this action have been met. The Complaint states claims on behalf of Ernest H. Crawford, which, if proved, would authorize this Court to grant relief against Autotronic pursuant to Title VII.

2. This Consent Decree resolves all issues raised in EEOC's Complaint in this case. EEOC waives further litigation of all issues raised in the above-referenced Complaint. EEOC expressly reserves its right, however, to process and litigate any other charges which may now be pending or may in the future be filed against Defendant Autotronic.

3. The duration of this Consent Decree shall be two years from the date of its filing with the Court. This Court shall retain jurisdiction of this action during the period of this Consent Decree and may enter such other and further relief as it deems appropriate to ensure implementation and enforcement of its provisions. Any violation of the Consent Decree by Defendant Autotronic, or its agents or assigns, shall toll the running of this two-year period as of the date of the violation. If the Court subsequently determines this Consent Decree was violated, the two-year period shall recommence and continue from the date of entry of an Order setting out such a violation or until such time as ordered by the Court. Should the Court find this Consent Decree was not violated, the two-year period shall recommence, retroactive to the date of the filing of the pleading alleging that a violation had occurred.

4. Defendant Autotronic, in settlement of this dispute, shall pay to Ernest H. Crawford

2

the sum total of $87,500.00 (EIGHTY-SEVEN THOUSAND AND FIVE HUNDRED DOLLARS). Payment shall be sent directly to Mr. Crawford at 4521 Apollo #7, El Paso, TX 79904. A copy of the settlement check and any accompanying transmittal documents shall be forwarded to the EEOC to the attention of Robert B. Harwin, Regional Attorney, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

5. In responding to employment inquiries, Defendant Autotronic shall make no mention of the filing of this Complaint or the underlying charges filed by Ernest H. Crawford. Defendant, its agents, officers, employees, and servants, in furnishing oral or written references concerning Ernest H. Crawford to prospective future employers, shall (a) provide the neutral reference letter attached as Exhibit "A," or (b) state orally the information contained in the reference letter attached as Exhibit "A." This provision shall survive the expiration of the Decree.

6. Defendant Autotronic shall expunge Ernest H. Crawford's personnel file of all documents specified by the EEOC after its review of that file.

7. Defendant Autotronic, its agents, officers, employees, servants, successors, and assigns, are enjoined, during the term of this Consent Decree, from discriminating against any employee on the basis of race, and from engaging in any other act or practice which has the purpose or effect of unlawfully discriminating against any past, present, or future employee on the basis of race. The conduct enjoined includes subjecting employees who are African American, to a hostile work environment, based on their race, and/or allowing this to occur, terminating any employee, because of their race, and/or terminating any employee in retaliation for protesting against being subjected to a hostile work environment, or for protesting against any other policy which an employee reasonably believes discriminates against him based on his race.

8. Defendant Autotronic, its agents, officers, employees, servants, successors, and assigns, shall provide its employees with a place of employment free of discrimination on the basis of race, free of retaliation, and free of any other form of discrimination made unlawful by Title VII.

9. Defendant Autotronic, its agents, officers, employees, servants, successors, and assigns, shall post a notice regarding its practices, policies, and intent not to discriminate against any employee in violation of Title VII. Such notice shall be as set forth in Exhibit "B", which is attached to this Consent Decree. A copy of Exhibit "B" shall be posted at Defendant's El Paso, Texas facility on all employee bulletin boards and other areas where employees are likely to congregate. The notice shall be posted within 10 days of the filing date of the Consent Decree, and shall remain posted for the duration of this Consent Decree.

10. Defendant Autotronic shall disseminate a notice to all employees re-affirming its policy to comply with all EEOC requirements, re-affirming any Policy Manual Provision regarding the Company policy not to discriminate on the basis of race, or any other protected characteristic, and/or not to retaliate against any employee who protests against discrimination, and including with said notice, a copy of Exhibit "B" requesting that each employee sign and return an acknowledgment that they have received said notice.

11. To further the ends of this Consent Decree, within ninety (90) days of entry of this Decree, all members of Autotronic's management team shall participate in equal employment opportunity compliance training of not less than eight (8) hours. This training shall: (a) explain the law relating to discrimination in employment based on race under Title VII; (b) instruct what conduct may constitute discrimination in employment based on race; (c) explain the damaging effects of discrimination based on race in employment to victims, their families, their co-workers,

4

and the workplace environment; (d) explain the law relating to retaliation; (e) instruct what conduct may constitute retaliation ; and (f) explain the damaging effects of retaliation to victims, their families, their co-workers, and the workplace environment. In addition, the training shall teach non-discriminatory work and management techniques when interfacing or interacting with other employees, and the responsibilities of supervisory employees to provide prompt and effective relief to individuals who complain of discrimination based on race and/or retaliation. The parties agree that Clara B. Burns and/or Charles C. High will conduct this training.

12. The EEOC shall have the right to ensure compliance with the terms of this Consent Decree and may, upon three (3) days notice: (a) conduct inspections of Defendant Autotronic's El Paso facility; (b) interview employees; and (c) examine and copy relevant documents.

13. The terms of this Consent Decree shall be binding upon the EEOC and Defendant Autotronic, its agents, officers, employees, servants, successors, and assigns, as to the issues resolved herein.

14. Each party shall bear its own costs, including attorney's fees incurred in this action.

15. The parties agree that there is no prevailing party in this action or proceeding. The Clerk shall furnish a copy hereof to each attorney of record.

SO ORDERED.

Signed this 7th day of February, 2001.

_____
HARRY LEE HUDSPETH
UNITED STATES DISTRICT JUDGE

5

Respectfully submitted,

GWENDOLYN YOUNG REAMS
Associate General Counsel


_Robert B. Harwin / by permission_
ROBERT B. HARWIN
Regional Attorney
D.C. State Bar No. 0760873


_Judith G. Taylor / by permission_
JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300


_Leticia Dominguez_
LETICIA DOMINGUEZ
Trial Attorney
Texas State Bar No.    00795741


_Francisco X. Dominguez_
FRANCISCO X. DOMINGUEZ
Trial Attorney
Texas State Bar No.    00795324


_Clara B. Burns_
CLARA B. BURNS
Attorney
Texas State Bar No. 03443600

KEMP SMITH, P.C.
P.O. Box 2800
221 N. Kansas, Suite 1700
El Paso, TX 79901
Tel:    (915) 533-4424
Fax:    (915) 546-5360

ATTORNEY FOR DEFENDANT

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
4171 N. Mesa, Bldg.C, Suite 100
El Paso, Texas 79902
Tel:    (915) 832-4036
Fax:    (915) 832-4026

ATTORNEYS FOR PLAINTIFF

6

# EXHIBIT "A"

To whom it May Concern:

Ernest H. Crawford, was employed at Autotronic Controls Corporation from February, 1996 through January, 1997.

# EXHIBIT "B"

## NOTICE TO ALL EMPLOYEES

AUTOTRONIC CONTROLS CORPORATION IS FIRMLY COMMITTED TO TREATING EMPLOYEES AND APPLICANTS FOR EMPLOYMENT ACCORDING TO MERIT WITHOUT REGARD TO THEIR RACE, RELIGION, COLOR, NATIONAL ORIGIN, SEX, AGE, DISABILITY, OR THEIR HAVING ENGAGED IN ACTIVITY PROTECTED BY TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED. THIS POLICY APPLIES TO ALL EMPLOYMENT DECISIONS, INCLUDING RECRUITMENT, RETENTION, PROMOTION, TRANSFER, LAYOFF AND/OR TERMINATION, AND ALL OTHER TERMS AND CONDITIONS OF EMPLOYMENT. AUTOTRONIC CONTROLS CORPORATION WILL SPECIFICALLY NOT TOLERATE RACE-BASED DECISIONS IN THE HIRING, FIRING, OR DISCIPLINING OF ITS EMPLOYEES.

IF YOU BELIEVE YOU ARE BEING DISCRIMINATED AGAINST IN ANY TERM OR CONDITION OF YOUR EMPLOYMENT BECAUSE OF YOUR RACE, RELIGION, COLOR, SEX, AGE, DISABILITY, OR NATIONAL ORIGIN, INCLUDING BEING SUBJECTED TO A HOSTILE WORK ENVIRONMENT BASED ON YOUR RACE, OR BEING TERMINATED, BECAUSE OF YOUR RACE, OR IF YOU BELIEVE YOU ARE BEING RETALIATED AGAINST FOR HAVING ENGAGED IN TITLE VII-PROTECTED ACTIVITY, YOU ARE ENCOURAGED TO SEEK ASSISTANCE FROM SUPERVISORY PERSONNEL, OR FROM THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, 4171 N. MESA, BUILDING C, SUITE 100, EL PASO, TEXAS 79902, (915) 832-4001 OR 1-800-669-4000.

NO RETALIATORY ACTION MAY BE TAKEN AGAINST YOU FOR SEEKING ASSISTANCE, FILING A CHARGE, OR COMMUNICATING WITH THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.

EEOC ENFORCES TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, WHICH PROHIBITS EMPLOYMENT DISCRIMINATION BASED ON RACE, COLOR, RELIGION, SEX OR NATIONAL ORIGIN; THE AGE DISCRIMINATION IN EMPLOYMENT ACT; THE EQUAL PAY ACT, SECTIONS OF THE CIVIL RIGHTS ACT OF 1991, AND TITLE I OF THE AMERICANS WITH DISABILITIES ACT, WHICH PROHIBITS DISCRIMINATION AGAINST PEOPLE WITH DISABILITIES IN THE PRIVATE SECTOR AND STATE AND LOCAL GOVERNMENTS.